UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:09CV-P674-S

JASON COFFEY                                                                         PLAINTIFF

v.

KENTUCKY STATE REFORMATORY *et al.*                        DEFENDANTS

### ORDER

For the reasons set forth in the Memorandum Opinion entered this date, and the Court being otherwise sufficiently advised, **IT IS ORDERED** that Plaintiff's claims against Defendants Kentucky State Reformatory and Department of Corrections and his official-capacity claim against Defendant Pauline Kuhbander are **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted and for seeking monetary relief from Defendants who are immune from such relief.

**IT IS FURTHER ORDERED** that Plaintiff's claim against UK Research Foundation is **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted. Because no claims remain against Defendants Kentucky State Reformatory, Department of Corrections, and UK Research Foundation, the Clerk of Court is **DIRECTED** to terminate them from this action.

Date: March 1, 2010

                                                        Charles R. Simpson III, Judge
                                                          United States District Court

cc:     Plaintiff, *pro se*
        Defendants
4411.010